Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  22−13658−KCF
                Chapter:  7
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas Funk
   111 Kendall Drive
   Parlin, NJ 08859

Social Security No.:
   xxx−xx−9048

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

111 Kendall Drive, Parlin, NJ 08859
$320,000

Dated: September 7, 2022
JAN: gan

                                            Jeanne Naughton
                                            Clerk